1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SIDEL PARTICIPATIONS SAS,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>BLOW MOLD SERVICES, INC.,<br><br>　　　　　　　　Defendant. | Case No. CV12-00867-FMO (DTBx)<br><br>[~~PROPOSED~~] ORDER RE-OPENING ACTION AND GRANTING INJUNCTION AND FINAL DISMISSAL |

　　　　Having considered the October 31, 2014 Stipulation Re Re-Opening Action For Injunction and Final Dismissal duly presented by counsel for Plaintiff Sidel Participations SAS ("Sidel") and Defendant Blow Mold Services, Inc. ("BMS") (collectively, the "Parties"), and upon the consent and request of the Parties and for good cause shown, **IT HEREBY IS ORDERED, ADJUDGED AND DECREED THAT:**

　　　　1.　　Pursuant to the August 18, 2014 Order Dismissing Action Without Prejudice (D.I. 220), as extended by further stipulations and orders (*see* D.I. 226), this action is re-opened for the purpose of granting the permanent injunction as set forth below.

　　　　2.　　Subject to the Parties' October 31, 2014 Litigation Settlement Agreement, BMS and each of its officers, directors, agents, employees and those

persons in active concert or participation with them, are hereby **ENJOINED** from making, using, offering to sell and selling within the United States, or importing into the United States, any products that infringe U.S. Patent No. 6,125,996 (hereinafter "the '996 Patent") (and any reissued or reexamined patents based thereon), during the life of said '996 Patent, including but not limited to spindle chains previously advertised by BMS for use on the SBO® Series II or SBO Universal® blow molding machines.  This Order enjoins completion and/or delivery of any orders which have been received but not yet fulfilled by BMS with respect to the above-identified activities.

3. The Court retains jurisdiction over Sidel and BMS for purposes of enforcing this Stipulation and Order, as well as the underlying October 31, 2014 Litigation Settlement Agreement pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381 (1994).

4. Sidel and BMS waive any right to appeal or otherwise move for relief from this Order.

5. This action hereby is DISMISSED, with each party bearing its own costs.

**SO ORDERED**:

This __19th__ day of __November__, 2014

                                              /s/
                                   The Honorable Fernando M. Olguin
                                   United States District Judge